UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO CORTES, | NO. CV 12-1209-PA (MAN) |
|     Petitioner, | |
|   v. | ORDER ACCEPTING FINDINGS AND |
| RAPHLE DIAZ, | RECOMMENDATIONS OF UNITED STATES |
|     Respondent. | MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

    IT IS ORDERED that: (1) Respondent's motion to dismiss the Petition is granted on the ground that the Petition is untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on the parties.

　　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 24, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE